United States District Court
Southern District of Texas

**ENTERED**

December 19, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| POORYA D. [1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-333 |
| | § | |
| DHS-ICE, | § | |
| Respondent. | § | |

**ORDER GRANTING APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES (Dkt. No. 2)**

Petitioner Poorya D. filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. No. 1. Plaintiff also filed an application to proceed without prepayment of fees. Dkt. No. 2. In the application, Plaintiff indicated they have no cash on hand, no real property, no substantive personal property, and no income. *Id.*

Title 28, Section 1915(a)(1) of the United States Code provides that any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit . . . that the person is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1) (1996). An applicant need not be "absolutely destitute" to benefit from this statute. *Hayes v. U.S.*, 71 Fed. Cl. 366, 369 (Fed. Cl. 2006) (citing *Adkins v. E. I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948)).

Upon review of Petitioner's motion, the Court **GRANTS** the application to proceed without prepayment of fees (Dkt. No. 2).

Signed on December 19, 2025.

_Karen Betancourt_
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the claimant only by first name and last initial.